E-FILED: **12/6/10**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. CV 08-7653-GHK (VBKx)** |
| Plaintiff, | |
| v. | **AMENDED JUDGMENT** |
| **SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP,** | |
| Defendant. | |

    This matter having come before this Court on Plaintiff the United States of America's (the "Government") Motion for Summary Judgment against Defendant Southern California Permanente Medical Group ("Defendant") and Defendant's Cross-Motion for Summary Judgment against the Government;

    AND, the Court having read and considered the pleadings, declarations, and exhibits submitted in this matter and having reviewed such evidence as was presented in support of the Parties' Cross-Motions for Summary Judgment;

    AND, pursuant to our August 19, 2010 Order granting the Government's Motion

for Summary Judgment and denying Defendant's Cross-Motion for Summary Judgment, issued concurrently herewith, and good cause appearing therefore, the Court hereby enters judgment in favor of the Government and against Defendant.  IT IS HEREBY **ADJUDGED** THAT:

   1) The Government **SHALL** have judgment against Defendant in the total sum of $315,262.00.

   2) The Government **SHALL** have pre-judgment interest pursuant to 26 U.S.C. § 6332(d)(1).

   3) The Government **SHALL** have post-judgment interest according to the statutory rate set forth in 28 U.S.C. § 1961(a).

**IT IS SO ORDERED**.

DATED: December 6, 2010

                                  _____
                                      GEORGE H. KING
                                  United States District Judge